1  DAYLE ELIESON
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL K. MARRIOTT, CSBN 280890
4  Special Assistant United States Attorney
       160 Spear Street, Suite 800
5      San Francisco, California 94105
       Telephone: (415) 977-8985
6      Facsimile: (415) 744-0134
       E-Mail: Michael.Marriott@ssa.gov
7
8  Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

## LAS VEGAS DIVISION

| | |
|---|---|
| MONDEL LAMAR JONES, | Case No: 2:17-cv-03099-GMN-NJK |
| Plaintiff | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **(First Request)** |
| Defendant. | |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby requests an extension of time of thirty days from May 7, 2018 to June 6, 2018, to prepare and file her cross motion to affirm. This is the Commissioner's first request for an extension.

Defendant respectfully requests this extension of time because a very heavy workload, as well as an upcoming extended vacation to Taiwan from May 2 through May 19, 2018.

On April 30, 2018, Plaintiff's counsel informed Defendant by email that she had no objection to this extension.

Respectfully submitted,

Date: April 30, 2018     SHOOK & STONE, CHTD.

By: */s/\* Jenna Barson*
JENNA BARSON
*authorized by email April 30, 2018

Attorneys for Plaintiff

Date: April 30, 2018     DAYLE ELIESON
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: May 1, 2018

HONORABLE NANCY J. KOPPE
United States Magistrate Judge